THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAHARI JONES, Appellant. [65 NYS3d 820]—Motion for reargument be and the same hereby is granted to the extent that, upon reargument, the memorandum and order entered November 9, 2017 (155 AD3d 1547) is amended by deleting the fourth sentence of the fourth paragraph of the memorandum and substituting in place thereof "A firearms examiner testified that the weapon was test-fired with the ammunition found in it, and thus the evidence, viewed in the light most favorable to the People (*see People v Contes*, 60 NY2d 620, 621 [1983]), is legally sufficient to support the conviction with respect to the

January weapon count (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]).″ Present—Smith, J.P., Peradotto, Lindley, DeJoseph and Winslow, JJ.